## MOORE v. STATE.
### No. 26024.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the unlawful sale of whisky in a dry area, with punishment assessed at a fine of $100.

The record before us contains neither a statement of facts nor bills of exception, without which nothing is presented for consideration.

The judgment is affirmed.

Opinion approved by the court.